**Kaysandra Lathette PEYTON, Plaintiff–Appellant,**

v.

**Bonnibelle RUCKER, Assistant Warden; Phillis Thompson, Correctional Officer IV; Johnny Johnson, Lieutenant, Defendants–Appellees.**

No. 03–51074.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 23, 2004.

Kaysandra Lathette Peyton, Gatesville, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

■ Kaysandra Lathette Peyton, Texas prisoner # 874811, proceeding *pro se* and *in forma pauperis* ("IFP"), appeals the magistrate judge's dismissal of her 42 U.S.C. § 1983 civil rights action against Texas Department of Criminal Justice officials. She argues that the defendants failed to protect her from being attacked by a fellow inmate. However, because Peyton has not provided facts indicating that the defendants were informed of a prior altercation between Peyton and the other inmate or of Peyton's wish to be moved away from the other inmate, nor has she shown that the prior altercation posed a "substantial risk of serious harm," she has failed to show that the defendants acted with deliberate indifference. *See Woods v. Edwards,* 51 F.3d 577, 583 (5th Cir.1995); *Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

■ Peyton also claims that defendant Thompson laughed at her at the time of the incident, "therefore taking my life as a joke." However, such actions do not amount to constitutional violations under 42 U.S.C. § 1983. *See Calhoun v. Hargrove,* 312 F.3d 730, 734 (5th Cir.2002).

■ Peyton's appeal is without arguable merit and is thus frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Accordingly, we DISMISS her appeal as frivolous. 5TH CIR. R. 42.2. The dismissal of this appeal as frivolous counts as a "strike" under 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 385–87 (5th Cir.1996). Peyton is WARNED that if she

accumulates three "strikes" under 28 U.S.C. § 1915(g), she will not be able to proceed IFP in any civil action or appeal filed while she is incarcerated or detained in any facility unless she is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.